**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner-Appellant,** | ) | |
| | ) | **Appeal No. 20-2710** |
| **vs.** | ) | |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | |
| | ) | **DEATH PENALTY CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **SEPTEMBER 24, 2020** |
| **Respondents-Appellees.** | ) | |

**PETITIONER-APPELLANT'S MOTION FOR LEAVE TO REPLY TO
RESPONDENTS' OPPOSITION TO PETITIONER'S
EMERGENCY MOTION FOR STAY OF EXECUTION**

Petitioner Christopher André Vialva respectfully requests this Court for leave to reply to Respondents' Opposition to his Emergency Motion to Stay Execution filed September 15, 2020. On September 11, 2020, this Court entered an Order setting deadlines for Mr. Vialva's Motion for Stay and the Government's Response thereto. Doc. 7. The Order did not include a deadline for Mr. Vialva's Reply to the Government's Response. A reply is necessary to assist this Court in its consideration of the issues.

The Reply to Respondents' Opposition to Mr. Vialva's Emergency Motion for Stay of Execution Pending Appeal is attached as "Attachment 1."

Respectfully submitted,


*s/ Emma V. Rolls*
Emma V. Rolls, OBA #18820
Michael W. Lieberman, OBA #32694
Assistant Federal Public Defenders
Office of the Federal Public Defender
Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Facsimile: (405) 609-5976
emma_rolls@fd.org
michael_lieberman@fd.org
Counsel for Christopher Vialva


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Seventh Circuit using the CM/ECF system on September 16, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Emma V. Rolls*
Emma V. Rolls

2