# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 16, 2020

*By the Court*:

| No. 20-2710 | CHRISTOPHER ANDRE VIALVA,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA,<br>Respondents - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00413-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

Upon consideration of the **PETITIONER-APPELLANT'S MOTION FOR LEAVE TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S EMERGENCY MOTION FOR STAY OF EXECUTION**, filed on September 16, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and the clerk shall file **INSTANTER** Petitioner's Reply to Respondent's Opposition to Petitioner's Emergency Motion for Stay of Execution Pending Appeal and the attached exhibits.

form name: **c7_InstanterOrderFiled**(form ID: **123**)