# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 18, 2020

Before:
FRANK H. EASTERBROOK, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| No. 20-2710 | CHRISTOPHER ANDRE VIALVA, Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden, United States Penitentiary, Terre Haute, Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00413-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

The motion for a stay of execution is denied, and the judgment of the District Court is summarily **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)